**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-10912
Summary Calendar

WILLIAM C DEWBERRY,

Plaintiff - Appellant,

VERSUS

TEXAS UTILITIES ELECTRIC COMPANY,

Defendant - Appellee.

Appeal from the United States District Court
for the Northern District of Texas
(3:98-CV-1889-G)

February 17, 2000

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    William C. Dewberry appeals the district court's grant of summary judgment for Texas Utilities Electric Company dismissing Dewberry's claims of race discrimination and retaliation. The claims arose out of Dewberry's employment with Texas Utilities and its decisions to not promote Dewberry to any of three positions. Having carefully reviewed the record and studied the briefs of counsel, we AFFIRM for essentially the reasons set forth by the district court in its Memorandum Order dated July 15, 1999.

AFFIRMED

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.